# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Advanced Medical Partners, Inc. ) | ASBCA No. 60830 |
| ) | |
| Under Contract No. 000000-00-0-0000 ) | |

APPEARANCE FOR THE APPELLANT:        Kimberly Gdula, Esq.
                                     Jackson Walker LLP
                                     Austin, TX

APPEARANCES FOR THE GOVERNMENT:      Jeffrey P. Hildebrant, Esq.
                                      Deputy Chief Trial Attorney
                                     Christopher S. Cole, Esq.
                                      Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 25 October 2016

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60830, Appeal of Advanced Medical Partners, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals